## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**ISSAC LAVON NATHAN**                                                    **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 1:22-cv-60-TBM-RPM**

**MELISSA SAHUQUE,** *et al.*                                  **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 16th day of September, 2022.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**